UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HOLLY J. EISBERNER,
    Plaintiff,

  v.             Case No. 12-C-0699

DISCOVER PRODUCTS, INC., et al.,
    Defendants.

## ORDER

**IT IS ORDERED** that oral argument will be held on defendants' motions to dismiss the amended complaint on **February 6, 2013 at 10:30 a.m.** in Courtroom 390, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. The parties are advised that the court intends to ask questions about whether the plaintiff has plausibly alleged that the defendants either negligently or willfully violated the Fair Credit Reporting Act. See 15 U.S.C. §§ 1681n & 1681o.

**IT IS FURTHER ORDERED** that defendants' motions to dismiss the original complaint (ECF Nos. 17 & 24) are **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 18th day of January 2013.

                 s/ Lynn Adelman
                 _____
                 LYNN ADELMAN
                 District Judge