UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**HOLLY J. EISBERNER,**
        **Plaintiff,**

    v.                                                                 Case No. 12-C-0699

**DISCOVER PRODUCTS, INC., et al.,**
        **Defendants.**

## DECISION AND ORDER

Holly J. Eisberner has filed a motion to alter or amend the judgment dismissing this case. See Fed. R. Civ. P. 59(e). She contends that such relief is appropriate because my decision to dismiss this case was based on a manifest error of law. See, e.g., Blue v. Hartford Life & Accident Ins. Co., 698 F.3d 587, 597 (7th Cir. 2012) (noting that commission of manifest error of law is reason to grant Rule 59(e) motion). I do not believe that my decision was based on a manifest error of law and will stand on the reasons stated in my order of July 17, 2013.

Accordingly, **IT IS ORDERED** that plaintiff's motion to alter or amend the judgment is **DENIED**.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2013.

                                                    s/ Lynn Adelman

                                                    LYNN ADELMAN
                                                    District Judge